# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00260-CV

**Plan B. Holdings, LLC; CIPE Real Estate Solutions, LLC; and Cheryl Cox, Appellants**

**v.**

**RSLLP, f/k/a Reed & Scardino LLP, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-002555, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants Plan B. Holdings, LLC; CIPE Real Estate Solutions, LLC; and Cheryl Cox filed their notice of appeal on June 7, 2021. A supplemental reporter's record for the May 12, 2021 hearing was requested to be filed by Ms. Leah Hayes on February 18, 2022, February 22, 2022 and March 2, 2022 by the appellants. To date, Ms. Hayes has not tendered the record or a response.

We therefore order Ms. Hayes to file the supplemental reporter's record in this cause no later than April 29, 2022. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Ms. Hayes being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on April 20, 2022.

Before Justices Goodwin, Baker, and Triana